**Marilou B. COBERO, Plaintiff—Appellant,**

v.

**John E. POTTER, Postmaster General, U.S. Postal Service, Defendant—Appellee.**

No. 03–1358.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2003.

Decided Nov. 20, 2003.

Norman L. Stack, Beatriz D. Stack, Stack & Stack, McLean, Virginia, for Appellant.

Paul J. McNulty, United States Attorney, Dennis E. Szybala, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Marilou B. Cobero appeals the district court's orders granting summary judgment in favor of the United States Postal Service on her claims of national origin discrimination, retaliation, and hostile work environment and denying her motion filed pursuant to Fed.R.Civ.P. 59(e). We have reviewed the record on appeal and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cobero v. Potter,* No. CA–02–540–A (E.D. Va. filed Dec. 20, 2002 & entered Dec. 26, 2002; filed Mar. 19, 2003 & entered Mar. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*